IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LAVERNE R. JONES, ) | |
| ) | Case No. 4:07CV00049 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the *Report and Recommendation* of United States Magistrate Judge B. Waugh Crigler, entered on May 28, 2008. The Magistrate Judge recommends granting the Plaintiff's *Motion for Summary Judgment* and remanding the case to the Commissioner for further proceedings. I have reviewed the Magistrate Judge's recommendation, as well as the Defendant's *Objections* and Plaintiff's response to those objections. The matter is now ripe for decision.

For the reasons set forth in the accompanying *Memorandum Opinion*, I will **REJECT** the Magistrate Judge's *Report and Recommendation* and **SUSTAIN** the Defendant's Objections. I will **GRANT** the Defendant's *Motion for Summary Judgment* and this case will be **DISMISSED** from the active docket of this Court.

The clerk is directed to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

Entered this 1st day of August, 2008.

s/Jackson L. Kiser
Senior United States District Judge

1